# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BIO-EDGE, INC., FILIP SULC, and ROBERT SULC, <br><br> Defendants. | Case Nos.  3:24CR00242-001-H <br> 3:24CR00242-002-H <br> 3:24CR00242-003-H <br><br> **ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING HEARING** <br><br> Honorable Marilyn L. Huff |

Before the Court is Bio-Edge, Inc., Filip Sulc, and Robert Sulc's Motion for Continuance of Sentencing Hearing.  Having considered the motion and finding good cause:

**IT IS HEREBY ORDERED** that the sentencing hearing for Bio-Edge, Inc., Filip Sulc, and Robert Sulc is continued to August 12, 2024, at 9:00 am.

DATED: _____May 1_, 2024

By: _____
Honorable Marilyn L. Huff