**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>v.<br><br>BIO-EDGE, INC (1), ROBERT SULC (2), FILIP SULC (3),<br><br>Defendants. | Case No. 24-CR-242-H<br><br>**ORDER GRANTING JOINT MOTIONS TO WITHDRAW GUILTY PLEAS, ORDER AND JUDGMENT DISMISSING CRIMINAL INFORMATION, AND ORDER REGARDING PAYMENT TO CLERK OF COURT** |
|---|---|

The parties jointly move the Court to permit the defendants in the above titled action to withdraw their guilty pleas and also to dismiss without prejudice the information in the abovenamed action pursuant to a non-prosecution agreement. (ECF No. 68). Before trial, "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). The parties also jointly move the Court for an Order Regarding Disposition of Payments directing the Clerk of Court to accept the defendants to pay their $60,000 financial assessment. Good cause appearing, the Court GRANTS the joint motions.

**IT IS ORDERED** that the pleas of guilty in this action against defendants Bio-Edge, Inc., Robert Sulc, and Filip Sulc are **WITHDRAWN.**

**IT IS ORDERED** that the information in this action against defendants Bio-Edge, Inc., Robert Sulc, and Filip Sulc is **DISMISSED WITHOUT PREJUDICE.**

**IT IS ORDERED** that Clerk of Court shall accept payments made by on or behalf of defendants Bio-Edge, Inc., Robert Sulc, and Filip Sulc in fulfillment of the above financial assessment and deposit said payments into the fund set forth by 34 U.S.C. § 20101.

**IT IS SO ORDERED.**

DATED: 6/13/2025

_____
Hon. Marilyn L. Huff
United States District Judge